# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES LEWIS ATKINS, JR.,

   *Plaintiff,*

vs.

LAKES CROSSING CENTER, *et al.,*

   *Defendant*s.

2:09-cv-02348-RLH-LRL

ORDER

The Court dismissed the complaint without prejudice for lack of jurisdiction over the subject matter, subject to leave to amend within thirty days. Plaintiff was informed that a failure to timely mail an amended complaint to the Clerk for filing that corrected the deficiencies noted in the order would lead to entry of a final judgment of dismissal. Plaintiff has not filed an amended complaint within the time allowed.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: November 3, 2010.

_____
ROGER L. HUNT
Chief United States District Judge